UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 24-cr-20253-JB

**United States of America**,

v.

**ANGELICA PACHECO**,

    Defendant.
_____/

## ORDER CONTINUING AND RE-SETTING OF CRIMINAL TRIAL DATE

**THIS CAUSE** came before the Court for a Status Conference on December 3, 2024. On October 29, 2024, the Court continued the case to January 13, 2025 and ordered the parties to be prepared at the December 3, 2024 Status Conference to present to the Court a definite trial date. For the reasons stated on the record, which are incorporated herein, the interests of justice served by a continuance outweigh any interest of the public or the Defendant in a speedy trial. As a result, the period of delay resulting from this continuance – *i.e.*, from the date of the Status Conference, 12/3/2024, to including the date trial commences – is excludable time under the Speedy Trial Act. *See* 18 U.S.C. § 3161. **Defendant's signed Waiver of Speedy Trial shall be filed within one week of this Order and should specify the time period Defendant is waiving.**

The Court hereby sets this case for **a Specially set Criminal Jury Trial** during the two-week period beginning on **May 12, 2025**. **Jury Selection is Specially set for May 8, 2025**. A **Calendar Call** will be held at **10:00 a.m. on April 29, 2025**. Defendant is not required to appear for the Calendar Call.

The parties are directed to the Court's Order Setting Criminal Trial Date, Pretrial Schedule and Instructions, ECF No. [8 and 23] for all other trial instructions and pretrial deadlines.

**DONE AND ORDERED** in Miami, Florida on this 6th day of December 2024.

_____
JACQUELINE BECERRA
UNITED STATES DISTRICT JUDGE