# EXHIBIT A

Case 1:24-cr-20253-JB   Document 110-1   Entered on FLSD Docket 01/07/2026   Page 2 of 3

# CARES SBA-PPP: Loan Forgiveness Payroll Cost
## From: 05/17/20 To: 10/31/20
## Covered Period: 24 Weeks

This report provides the total payroll cost for all pay dates during your selected covered period length. The SBA payroll cost must be at least 60% of the forgiveness amount. Employees are listed alphabetically in two separate groups: first are employees who did not earn more than $100,000 on an annualized basis* in any single pay period in 2019 and employees who were not employed in 2019; and second are employees who earned, in at least one pay period in 2019, gross pay in excess of $100,000 on an annualized basis*. For your Loan Forgiveness Application, these two groups of employees will need to be listed separately.

| Name | Gross Pay | FFCRA Excluded Earnings* | Gross Pay in Excess of $100K Equivalent* | SBA Gross Pay | Employer Taxes State and Local | Employer Health Benefit Cost* | Employer Retirement Plan Cost* | SBA Payroll Cost |
|---|---|---|---|---|---|---|---|---|
| **Employees that are under $100K in 2019 *see Under/Over $100K explanation below** | | | | | | | | |
| Caballero, Joseandres | $25,400.00 | $0.00 | $0.00 | $25,400.00 | $189.00 | $0.00 | $0.00 | $25,589.00 |
| Colina, Renzo | $5,250.00 | $0.00 | $0.00 | $5,250.00 | $283.50 | $0.00 | $0.00 | $5,533.50 |
| Pacheco, Daniel | $24,100.00 | $0.00 | $0.00 | $24,100.00 | $189.00 | $0.00 | $0.00 | $24,289.00 |
| Xenes-Pacheco, Angelica | $29,350.00 | $0.00 | $0.00 | $29,350.00 | $189.00 | $0.00 | $0.00 | $29,539.00 |
| **Total** | **$84,100.00** | **$0.00** | **$0.00** | **$84,100.00** | **$850.50** | **$0.00** | **$0.00** | **$84,950.50** |
| **Employees that are over $100K in 2019 *see Under/Over $100K explanation below** | | | | | | | | |
| **Total** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |
| | | | | | | | | |
| **Grand Total** | **$84,100.00** | **$0.00** | **$0.00** | **$84,100.00** | **$850.50** | **$0.00** | **$0.00** | **$84,950.50** |

**Under/Over $100K:** Employees are listed alphabetically in two separate groups: first are employees who did not earn more than $100,000 on annualized basis in any single pay period in 2019 and employees who were not employed in 2019; and second are employees who earned, in at least one pay period in 2019, gross pay in excess of $100,000 on an annualized basis. The following periodic amounts are used to annualize to $100,000.
Weekly Limit - $1923.08, Bi-Weekly Limit - $3846.15, Semi-monthly - $4166.67, Monthly - $8333.33
In addition, all employees with an annual Gross pay in excess of $100,000 at the end of 2019

**FFCRA Excluded Earnings*:** In accordance with the CARES Act, qualified sick and family leave wages for which a credit is allowed under sections 7001 and 7003 of the Families First Coronavirus Response Act are not included in SBA Gross Wages.

**Gross Pay in Excess of 100K Equivalent*:** Gross Pay in Excess of 100K Equivalent*: When an employee has over $100K annualized in Gross Pay wages, the excess wages (Excess Wages) are not included in the SBA Gross Pay going forward. Wages for the covered period are capped at the annualized value of $100,000 (e.g., $15,385 for 8-week or $46,154 for 24 weeks) depending on the the number of weeks in the covered period you have selected. Employer State and Local Taxes, Employer Health Benefit Costs and Employer Retirement Plan Cost that correspond to the Excess Wages are still included.

NOTE: To the extent that any employee's Excess Wages are also FFCRA Excluded Earnings, then those wages are included in FFCRA Excluded Earnings (up to the FFCRA cap) and not included in this column as Excess Wages. When this happens, the amount in this column will only represent the employee's Excess Wages that are not already included in FFCRA Excluded Earnings.

For example: if $10,000 of an employee's wages are FFCRA Excluded Earnings, but $12,000 of those wages are also Excess Wages, then this column would show $2,000 of Excess Wages for that employee, because $10,000 of Excess Wages have already been included as FFCRA Excluded Earnings and deducted from Gross Pay. The $2,000 of Excess Wages would then be deducted from Gross Pay.

**Employer Health Benefit Cost*:** These are employer-paid amounts for group health care benefits and insurance premiums. These amounts include the employer's share of medical, dental and vision premiums, as well as employer-paid short-term disability, long-term disability, and employer contributions for Health Savings Accounts.

**Employer Retirement Plan Cost*:** These are employer-paid amounts for employer 401K and any other available retirement plan contributions.

26004453_KC/DV
Florida_Life-0001-20308

Case 1:24-cr-20253-JB   Document 110-1   Entered on FLSD Docket 01/07/2026   Page 3 of 3

Note: Does not include Workers Compensation Premiums and Independent Contractors

**From ADP:** If you are applying for forgiveness from repayment of a loan under the PPP, the information in this report can be useful. The information in this report, including the calculation of "SBA Gross Pay," is based on ADP's best reading of the PPP and current government-issued guidance. If you believe another reading or calculation would be appropriate, we recommend you make adjustments to the information contained in this report. Remember, you are responsible for all information you submit to the SBA or any lender to obtain a loan and forgiveness from repayment of a loan; therefore, it is important that you review and confirm the accuracy of the information contained in this report, as well as all other information you provide regarding your loan.

The information in this report is derived from ADP's systems and records and is based on gross pay. In addition, the information provided in this report is at the ADP Company Code Level(s) you select, which may not be the same as the business that applied for a loan under the PPP.

Similarly, you may also have incurred payroll costs taken into account for purposes of the loan that are not reflected in ADP's payroll systems and records, and those would not be included in this report; for example, if you use RUN Powered by ADP® this report may not include complete information on your total health insurance premiums, contributions or costs. Please reach out to your insurance carriers or broker to confirm this information.

Finally, please note that the payroll costs reflected in this report exclude all compensation in excess of $100,000 (on an annualized basis) earned by any of your employees.

26004453_KC/JDV
Florida_Life-0001-20509